UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
March 08, 2022
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SHERRI PAPINI,

    Defendant.

Case No. 3:22-mj-00001-DMC

**ORDER FOR RELEASE OF PERSON IN CUSTODY**

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  SHERRI PAPINI,

Case No. 3:22-mj-00001-DMC  Charge 18 U.S.C. § 1001(a)(2), from custody for the following reasons:

    ____  Release on Personal Recognizance

    _X_  Bail Posted in the Sum of $ 120,000.00.

        _X_  Unsecured Appearance Bond $ 50,000.00.

        ____  Appearance Bond with 10% Deposit

        _X_  Appearance Bond with Surety $ 70,000.00.

        ____  Corporate Surety Bail Bond

        ____  (Other):

Issued at Sacramento, California on March 08, 2022 at 3:20 p.m.

_____
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE